UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DAVID FUCICH ET AL** | **CASE NO.  6:20-CV-00978** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GREAT DIVIDE INSURANCE CO ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs, David and Ellen Fucich's, Motion to Remand [Rec. Doc. 7] is **DENIED**.

Signed at Lafayette, Louisiana, this 11th day of January, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE