STOKES & ASSOCIATES
VOCATIONAL REHABILITATION | LIFE CARE PLANNING

Elizabeth Peralta, M.Ed., LRC, CRC, CLCP
eperalta@stokes-associates.com
Direct Dial: 504.608.6935

October 19, 2023

Mr. David Laborde
Laborde Earles Injury Lawyers
1901 Kaliste Saloom Road
Lafayette, LA 70508

***VIA U.S. MAIL AND E-MAIL:*** *david@onmyside.com*

RE: David Fucich
My File Number: EBP230752

Dear Mr. Laborde:

On 10/09/2023, I interviewed Mr. David Fucich for the purpose of conducting a life care plan assessment. The following report is based on a clinical interview with Mr. Fucich, consultation with Dr. Weir, Dr. Baronne, and Dr. Williams, a review of available records provided by your office, as well as the results of research. The report is organized into the following sections: **Introduction, Clinical Interview, Analysis of Records Reviewed** and **Life Care Plan**. Prior to the interview, Mr. Fucich was asked to review a Privacy Notice regarding disclosure of medical information and a Professional Disclosure and Declaration of Practices and Procedures. He was informed that he was being seen for an assessment only, that there was no client/counselor relationship, and that a report would be generated. The following records were received and reviewed:

***RECORDS RECEIVED AND REVIEWED:***

1. Medical records from Neurologic Specialty Consulting Services (David Weir, MD);
2. Medical records from Haydel Spine Pain & Wellness (Michael Haydel, MD);
3. Medical records from Louisiana Orthopaedic Specialists (Lon Baronne, MD, Matthew Williams, MD);
4. Medical records from Franklin Practice (Robert Franklin, MD);
5. Medical records from Acadiana Family Physicians;
6. Medical records from Lafayette General Medical Center;

Exhibit "A"

7. Medical records from Envision Imaging of Acadiana;

8. Medical records from Acadian Ambulance Service.

## INTRODUCTION:

**Reason for Referral:**
Mr. Fucich is a 66-year-old man (date of birth 03/01/1957), who was involved in a motor vehicle collision on 08/22/2019, resulting in injuries to his neck and left shoulder, as well as headaches. Since that time, he has participated in medical treatment and rehabilitation. I was asked to conduct a life care plan assessment to determine the costs associated with Mr. Fucich's future medical care needs related to his injuries sustained on 08/22/2019.

**Pertinent History:**
Mr. Fucich resides in New Iberia, Louisiana. He holds a valid, regular Louisiana driver's license and is capable of operating automatic-transmission vehicles. He reported difficulty driving long distances and for long periods of time due to increased pain. Mr. Fucich is approximately 5'10" tall, and he weighs approximately 238 lbs.

## CLINICAL INTERVIEW:

**History of Presenting Problems (per Mr. Fucich):**
Following the motor vehicle collision, Mr. Fucich was initially examined by EMS and was advised to go to the emergency department for his elevated blood pressure. He was then evaluated by Dr. Franklin and began treating with Dr. Weir for his headaches. Mr. Fucich reported that Dr. Weir prescribed medications and referred him to pain management. He noted that Dr. Haydel performed injections in his back, and he was referred to Dr. Baronne, who recommended injections and surgery on his neck. Mr. Fucich reported that he was evaluated by Dr. Williams for his left shoulder, who recommended surgery. Mr. Fucich noted that he was referred for a neuropsychological evaluation due to brain fog, confusion, and short-term memory loss. He reported that he remains under the care of Dr. Weir, Dr. Baronne, Dr. Williams, and his primary care physician, Dr. Cestia.

**Reported Physical Limitations:**
Mr. Fucich reported experiencing pain in his neck, low back, and left shoulder, as well as headaches. He noted limitations with prolonged sitting, standing, and walking, twisting/turning his neck, lifting, climbing, bending, stooping, kneeling, crouching, crawling, reaching with his left arm, as well as decreased handling and grip strength with his left hand. He noted that he needs to alternate positions and limit his activity throughout the day.

**Unrelated Medical History:**
Mr. Fucich reported being diagnosed with diabetes and hypertension. He noted that he has three stents for his heart. Mr. Fucich reported that he sustained a puncture wound to the back of his head at work in 1994 but did not experience any residual headaches.

**Education and Training:**
Mr. Fucich graduated high school. He attended Tulane University for pre-law and Loyola University for broadcasting/journalism but he did not graduate.

**Work History:**
Mr. Fucich reported working as an *anchorman* for WWL until 1986. He then began his own business, Metro Scan, and operated his business until 1997. Mr. Fucich then worked as a *general sales manager* for KRTS until 2007. He then worked as a *sales consultant* for Fogerty Klein Monroe until 2014. At the time of his injury, Mr. Fucich was working as a *general sales consultant* for Cumulus Media. He noted that he began working in this capacity in 2014, and he remains employed in this position.

## ANALYSIS OF RECORDS REVIEWED:

**Medical Opinions Reviewed:**

**Lafayette General Medical Center:**
On 08/22/2019, Mr. Fucich was evaluated for dizziness, nausea, and headaches following a motor vehicle collision. He was prescribed medications and advised to follow-up with his primary care physician.

**Franklin Practice (Robert Franklin, MD):**
On 10/11/2019, Mr. Fucich began treating with Dr. Franklin for low back pain, intermittent headaches, jaw pain, and intermittent referred pain into the left lower extremity. Dr. Franklin noted diagnoses of lumbar strain; possible underlying spinal pathology; referred symptoms into the left lower extremity of undetermined ideology; headaches; and jaw pain. Dr. Franklin recommended lumbar X-rays, as well as an MRI of the head and lumbar spine. He advised that Mr. Fucich be evaluated by a cardiologist due to his elevated blood pressure. He prescribed medications and noted that he would consider a TMJ evaluation. Dr. Franklin reported that Mr. Fucich could continue his current level of employment, which was light duty.

On 10/29/2019, Dr. Franklin noted that Mr. Fucich's symptoms persisted. He recommended a neurology evaluation for headaches and an ENT evaluation due to Mr. Fucich's sinus issues. Dr. Franklin reported that he would consider a TMJ evaluation. Mr. Fucich reported that he was awaiting a cardiovascular evaluation. Dr. Franklin noted that he would consider a trial of physical therapy and advised that Mr. Fucich continue with his current medications and his current level of employment.

On 12/04/2019, Dr. Franklin noted that Mr. Fucich underwent a cardiovascular evaluation and was awaiting a neurology evaluation for his headaches. Dr. Franklin recommended physical therapy and advised that Mr. Fucich continue with his current medications.

On 01/30/2020, Dr. Franklin noted that Mr. Fucich continued to experience intermittent headaches, low back pain, and referred symptoms into the left lower extremity. He reported that Mr. Fucich

underwent a neurology evaluation and advised that he follow-up with neurology and to return as needed.

**Neurologic Specialty Consulting Services (David Weir, MD):**
On 01/21/2020, Mr. Fucich began treating with Dr. Weir for daily headaches, low back pain, and left lower extremity pain. Dr. Weir noted diagnoses of daily post-traumatic headaches that appeared to be cervicogenic in nature, contributed to by left occipital neuralgia; post-concussion syndrome with short-term memory problems, emotional liability and sleep disturbances; and low back pain with probable lumbar radiculopathy and multiple abnormalities on MRI. Dr. Weir reported that he would consider an MRI with DTI should Mr. Fucich's memory and emotional liability continue after his headaches improved. He noted that Mr. Fucich would likely need a repeat sleep polysomnogram and CPAP titration, as mild traumatic brain injuries and concussions can worsen sleep apnea and raise blood pressure. Dr. Weir stated that this could be contributing to Mr. Fucich's morning headaches. He noted that he would also consider an EMG/nerve-conduction-study of the left lower extremity if there was no improvement in Mr. Fucich's pain following a course of physical therapy. Dr. Weir reported that he would also add physical therapy for the cervical spine, as this could be contributing to Mr. Fucich's cervicogenic headaches and left occipital neuralgia. Dr. Weir also recommended a left occipital nerve block and trigger-point injection, which was performed on 02/18/2020.

On 04/09/2020, Dr. Weir prescribed medication and recommended an MRI of the cervical spine, as well as a brain MRI with DTI. He recommended an EMG of the left lower extremities and noted that he would consider a referral to pain management for evaluation of a high-cervical ganglion ablation for Mr. Fucich's occipital neuralgia unless other interventions were warranted after undergoing an MRI of the cervical spine. He noted that he would also consider a neuropsychological evaluation.

On 05/05/2020, Dr. Weir performed an EMG/nerve-conduction-study. He reported that the studies demonstrated left L5 radiculopathy.

On 11/09/2020, Dr. Weir prescribed medications and recommended a repeat left occipital nerve block with trigger-point injections. He discussed ankle and plantar stretching and recommended a referral to podiatry, which Mr. Fucich declined at that time, as he wished to attempt stretching exercises first.

On 03/02/2021, Dr. Weir advised that Mr. Fucich be re-evaluated by Dr. Haydel and consider additional lumbar injections. Dr. Weir prescribed medications and noted that Mr. Fucich could return for occipital nerve blocks if his occipital neuralgia returned. He stated that should Mr. Fucich redevelop pain at the craniocervical junction, he was instructed to call and return for injections.

On 08/05/2021, Dr. Weir recommended an MRI of the shoulder and referred Mr. Fucich to Dr. Lon Baronne for evaluation of cervicalgia, left shoulder pain, and difficulty with movement. He recommended that Mr. Fucich continue with his current medications and to follow up once he completed the MRI.

On 09/21/2021, Dr. Weir referred Mr. Fucich to Dr. Matthew Williams for evaluation of left shoulder pain and difficulty with range of motion. Dr. Weir recommended a left occipital nerve block with trigger-point injections and noted that this could help with some of Mr. Fucich's left-sided neck pain, as well as his headaches.

On 07/07/2022, Dr. Weir reported that he would resend a referral to Dr. Matthew Williams for evaluation of Mr. Fucich's left shoulder pain. He noted that he would consider a left occipital nerve block, as well as additional medications. Dr. Weir stated that should this not be effective in helping Mr. Fucich's occipital pain, a left occipital nerve block could be attempted.

On 04/05/2023, Dr. Weir recommended B-complex and omega fatty acids to improve Mr. Fucich's brain function. He also recommended a neuropsychological evaluation for further evaluation of Mr. Fucich's cognitive issues, as well as a brain MRI with DTI.

On 08/16/2023, Dr. Weir advised that Mr. Fucich continue with his current medications and noted that he would consider a cervical medial branch block/radiofrequency ablation at C2-3 versus a repeat occipital nerve block to attempt to reduce the pain associated with Mr. Fucich's left occipital neuralgia. Dr. Weir continued to recommend a neuropsychological evaluation, as well as a brain MRI with DTI.

***Consultation with Dr. Weir:***
Consultation was held with Dr. Weir on 10/09/2023 to obtain his opinions regarding Mr. Fucich's future medical care needs as a result of his injuries sustained on 08/22/2019. Dr. Weir noted that Mr. Fucich will more probably than not continue to need left occipital nerve blocks with trigger-point injections, up to two per year on average, until he proceeds with cervical interventional pain management treatment or cervical surgery. He reported that Mr. Fucich will more probably than not need routine follow up with a neurologist, as well as medications and laboratory testing through life expectancy. Dr. Weir noted that Mr. Fucich will more probably than not need a neuropsychological evaluation to occur in the next two years and then one additional evaluation over the course of his life expectancy. He stated that depending on the results of the neuropsychological evaluation, Mr. Fucich may require cognitive rehabilitation treatment. Dr. Weir also noted that Mr. Fucich will more probably than not need one brain MRI with DTI. He reported that a neuropsychological evaluation will be able to better determine Mr. Fucich's definitive cognitive restrictions and limitations. Dr. Weir's recommendations regarding future medical care are outlined in the life care plan section of this report.

****Please see the attached summary of conference with Dr. Weir. A signed copy will be provided upon receipt.***

**Haydel Spine Pain & Wellness (Michael Haydel, MD):**
On 06/11/2020, Mr. Fucich was evaluated by Dr. Haydel for low back pain. Dr. Haydel noted diagnoses of cervicalgia; headaches; low back pain with left L5 lumbar radiculopathy via EMG; lumbar disc displacement at L5-S1; and hypertension and sleep apnea. Dr. Haydel recommended a left lumbar epidural steroid injection at L5-S1, which was performed on 07/02/2020.

On 07/16/2020, Dr. Haydel noted that Mr. Fucich reported 90% relief following the lumbar epidural steroid injection. He advised that Mr. Fucich return as needed.

**Louisiana Orthopaedic Specialists (Lon Baronne, MD):**
On 09/16/2021, Mr. Fucich was evaluated by Dr. Baronne for left shoulder pain and pain radiating from the neck to the left shoulder down to the left wrist. Dr. Baronne noted diagnoses of cervicalgia and pain in the left shoulder. He reported that Mr. Fucich's subjective complaints were consistent with his MRI findings of a disc herniation and neural compression. Dr. Baronne recommended an anterior cervical discectomy and fusion (ACDF) at C5-6 and C6-7.

***Consultation with Dr. Baronne:***
Consultation was held with Dr. Baronne on 10/12/2023 to obtain his opinions regarding Mr. Fucich's future medical care needs as a result of his injuries sustained on 08/22/2019. Dr. Baronne noted that Mr. Fucich will more probably than not need an ACDF at C5-7. He reported that an adjacent-level cervical fusion is considered a possibility at this time. Dr. Baronne recommended pre-operative laboratory testing and diagnostic imaging, as well as post-operative spine surgeon visits, diagnostic imaging, physical therapy, and medications. He noted that Mr. Fucich will more probably than not need annual follow-up visits and diagnostic imaging for five years following surgery, as well as routine physical therapy every two years on average for 10 years. Following surgery, Dr. Baronne reported that Mr. Fucich will more probably than not be removed from physical activities for approximately three to six months post-operative. He stated that Mr. Fucich will likely be permanently restricted to sedentary to light-duty work. Dr. Baronne's recommendations regarding future medical care are outlined in the life care plan section of this report.

****Please see the attached summary of conference with Dr. Baronne. A signed copy will be provided upon receipt.***

**Louisiana Orthopaedic Specialists (Matthew Williams, MD):**
On 09/23/2022, Mr. Fucich was evaluated by Dr. Williams for pain in the left shoulder. Dr. Williams noted diagnoses of pain in the left shoulder; bicipital tendonitis in the left shoulder; complete rotator cuff tear; rupture of the left shoulder, not specified as traumatic; primary osteoarthritis of the left shoulder; and bursitis of the left shoulder. Dr. Williams noted that due to the fact that Mr. Fucich had symptoms persistently for over four years, he may require an operation. Dr. Williams stated that if Mr. Fucich chose to proceed with surgery, this would include an acromioclavicular (AC) joint resection, decompression, subscapular repair, and biceps tenodesis. Dr. Williams' initial recommendation was to consider a subacromial injection and therapy, to which Mr. Fucich agreed. He performed a subacromial injection in the left shoulder and advised that Mr. Fucich follow-up in four months.

***Consultation with Dr. Williams:***
Consultation was held with Dr. Williams on 10/19/2023 to obtain his opinions regarding Mr. Fucich's future medical care needs as a result of his injuries sustained on 08/22/2019. Dr. Williams noted that he last saw Mr. Fucich on 10/21/2022 and he reported minimal relief following the

subacromial injection; therefore, Dr. William noted that Mr. Fucich will more probably than not need surgery to fix his condition. The recommended surgery would be an acromioclavicular (AC) joint resection, decompression, subscapular repair, and biceps tenodesis. Dr. Williams recommended pre-operative laboratory testing and diagnostic imaging, as well as post-operative physician follow-up, diagnostic imaging, physical therapy, and medications. Dr. Williams' recommendations regarding future medical care are outlined in the life care plan section of this report.

***Please see the attached summary of conference with Dr. Williams. A signed copy will be provided upon receipt.***

## LIFE CARE PLAN

Life care planning involves consideration of recommendations from physicians and allied health professionals to determine an individual's current and future medical needs related to an event or occurrence. The medical recommendations considered in a Life Care Plan are those recommendations that are deemed a medical necessity with greater than 50% chance of being needed. In order to accurately fund future care, the frequency and duration of recommended treatment needs to be determined.

The following are costs associated with Mr. Fucich's medical care needs and are specific to his treatment as a result of his injuries sustained on 08/22/2019. This life care plan was generated in accordance with the IARP and ICHCC standards and the recommendations are based on a review of medical records, consultation with Dr. Weir, Dr. Baronne, and Dr. Williams, and information gathered during his interview. This is a dynamic document and amendments will be made at any time based on Mr. Fucich's changing needs or additional information. Should there be any change in Dr. Weir, Dr. Baronne, and Dr. Williams' opinions, as outlined below, this life care plan will need to be amended accordingly.

***CERVICAL SURGERY & ASSOCIATED COSTS:***

| Service or Item | Purpose | Duration | Frequency | Total Cost/Unit | Comments |
|---|---|---|---|---|---|
| ACDF C5-7 | Surgery | Life Expectancy | Once | $152,601.00 - $153,353.61* | Per Dr. Baronne. |
| CBC | Pre-Operative | Life Expectancy | Once | $37.00* | Per Dr. Baronne. |
| CMP | Pre-Operative | Life Expectancy | Once | $78.00* | Per Dr. Baronne. |
| PT/PTT | Pre-Operative | Life Expectancy | Once | $92.00* | Per Dr. Baronne. |
| Urinalysis | Pre-Operative | Life Expectancy | Once | $22.00* | Per Dr. Baronne. |
| Chest X-Ray | Pre-Operative | Life Expectancy | Once | $379.00* | Per Dr. Baronne. |
| EKG | Pre-Operative | Life Expectancy | Once | $60.00 - $145.00* | Per Dr. Baronne. |
| Cervical MRI (Without Contrast) | Pre-Operative | Life Expectancy | Once | $4,660.00* | Per Dr. Baronne. |
| Spine Surgeon | Post-Operative | Life Expectancy | 10 visits total | $2,000.00 - $2,640.00* (Based on $200.00 - $264.00/visit) | Per Dr. Baronne at two weeks, six weeks, three months, six months, and one-year post-operative, and then once per year for five years. |

| Service or Item | Purpose | Duration | Frequency | Total Cost/Unit | Comments |
|---|---|---|---|---|---|
| Cervical X-Ray (AP & Lateral) | Post-Operative | Life Expectancy | 10 total | $1,200.00 - $4,600.00* (Based on $120.00 - $460.00/visit) | Per Dr. Baronne at each visit. |
| Cervical MRI (Without Contrast) | Post-Operative | Life Expectancy | Once | $4,660.00* | Per Dr. Baronne at one-year post-operative. |
| Physical Therapy Evaluation | Post-Operative | Life Expectancy | Once | $75.00 - $90.00* | Per Dr. Baronne. |
| Physical Therapy | Post-Operative | Life Expectancy | 18 visits total | $1,080.00 - $2,250.00* (Based on $60.00 - $125.00/visit) | Per Dr. Baronne, three visits per week for six weeks. |
| Norco 7.5/325 mg | Post-Operative | Life Expectancy | 456 tablets total | $346.56 - $852.72* (Based on $0.76 - $1.87/tablet) | Per Dr. Baronne, three tablets per day for five months. |
| Zanaflex 4 mg | Post-Operative | Life Expectancy | 456 tablets total | $396.72 - $592.80* (Based on $0.87 - $1.30/tablet) | Per Dr. Baronne, three tablets per day for five months. |

*One-time only or short-term cost

***Subtotals for Cervical Surgery & Associated Costs:***
***Short-term/One-time Costs: $167,687.28 - $174,452.13***

***SHOULDER SURGERY & ASSOCIATED COSTS:***

| Service or Item | Purpose | Duration | Frequency | Total Cost/Unit | Comments |
|---|---|---|---|---|---|
| Left AC Joint Resection, Decompression, Subscapularis Repair, and Biceps Tenodesis | Surgery | Life Expectancy | Once | $69,823.92 - $84,874.00* | Per Dr. Williams. |
| CBC | Pre-Operative | Life Expectancy | Once | $37.00* | Per Dr. Williams. |
| CMP | Pre-Operative | Life Expectancy | Once | $78.00* | Per Dr. Williams. |
| PT/PTT | Pre-Operative | Life Expectancy | Once | $92.00* | Per Dr. Williams. |
| Urinalysis | Pre-Operative | Life Expectancy | Once | $22.00* | Per Dr. Williams. |
| Chest X-Ray | Pre-Operative | Life Expectancy | Once | $379.00* | Per Dr. Williams. |
| EKG | Pre-Operative | Life Expectancy | Once | $60.00 - $145.00* | Per Dr. Williams. |
| Orthopedic Surgeon | Post-Operative | Life Expectancy | 4-6 visits total | $800.00 - $3,000.00* (Based on $200.00 - $500.00/visit) | Per Dr. Williams. |
| Physical Therapy Evaluation | Post-Operative | Life Expectancy | Once | $75.00 - $90.00* | Per Dr. Williams. |
| Physical Therapy | Post-Operative | Life Expectancy | 32 visits total | $1,920.00 - $4,000.00* (Based on $60.00 - $125.00/visit) | Per Dr. Williams. |

| Service or Item | Purpose | Duration | Frequency | Total Cost/Unit | Comments |
|---|---|---|---|---|---|
| Norco 10/325 mg | Post-Operative | Life Expectancy | 126 - 168 tablets total | $151.20 - $230.16*<br><br>(Based on $1.20 - $1.37/tablet) | Per Dr. Williams; 6-8 tablets per day for 3 weeks. |

*One-time only or short-term cost

***Subtotals for Shoulder Surgery & Associated Costs:***
***Short-term/One-time Costs: $73,438.12 - $92,947.16***

### *FUTURE MEDICAL CARE, ROUTINE:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Neurologist | Routine Care | Life Expectancy | 2 visits/year | $100.00 - $375.00/visit | $200.00 - $750.00 | Per Dr. Weir. |

***Subtotals for Future Medical Care, Routine:***
***Annual costs: $200.00 - $750.00***

### *PROJECTED EVALUATIONS:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Comments |
|---|---|---|---|---|---|
| Neuropsychological Evaluation | Assess cognitive functioning | Life Expectancy | 2 total | $3,710.00 - $8,000.00*<br><br>(Based on $1,855.00 - $4,000.00) | Per Dr. Weir. |
| Physical Therapy | To determine physical therapy needs | 10 years | Every 2 years | $375.00 - $450.00*<br><br>(Based on $75.00 - $90.000 | Per Dr. Baronne. |

*One-time only or short-term cost

***Subtotals for Projected Evaluations:***
***Short term/One-time costs: $4,085.00 - $8,450.00***

### *THERAPEUTIC MODALITIES:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Comments |
|---|---|---|---|---|---|
| Physical Therapy | Routine Care | 10 years | 18 visits every 2 years | $5,400.00 - $11,250.00*<br><br>(Based on $60.00 - $125.00/visit | Per Dr. Baronne. |

*One-time only or short-term cost

***Subtotals for Therapeutic Modalities:***
***Short term/One-time costs: $5,400.00 - $11,250.00***

### *LABORATORIES/DIAGNOSTICS:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| CBC | Routine Care | Life Expectancy | 1/year | $37.00 | $37.00 | Per Dr. Weir. |
| CMP | Routine Care | Life Expectancy | 1/year | $78.00 | $78.00 | Per Dr. Weir. |
| Testosterone Level | Routine Care | Life Expectancy | Once | $169.00* | N/A | Per Dr. Weir. |

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Prolactin Level | Routine Care | Life Expectancy | Once | $121.00* | N/A | Per Dr. Weir. |
| Brain MRI DTI | Routine Care | Life Expectancy | Once | $3,984.00* | N/A | Per Dr. Weir. |
| Shoulder MRI | Routine Care | Life Expectancy | Once | $4,589.00* | N/A | Per Dr. Williams. |

*One-time only or short-term cost

***Subtotals for Laboratories/Diagnostics:***
***Short term/One-time costs: $8,863.00***
***Annual costs: $115.00***

***MEDICATIONS:***
The medications outlined below are based on Mr. Fucich's current medications regimen as recommended by Dr. Weir and may change in the future based on his changing needs.

| Medication | Dosage | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Gabapentin | 600 mg | Life Expectancy | 1 tablet/night | $1.13 - $2.03/tablet | $412.45 - $740.95 | Per Dr. Weir. |
| Diclofenac | 50 mg | Life Expectancy | 2 tablets/day | $0.50 - $0.93/tablet | $365.00 - $339.45 | Per Dr. Weir. |
| Tizanidine | 4 mg | Life Expectancy | 0.5 tablet/night | $0.87 – $1.30/tablet | $158.75 - $237.25 | Per Dr. Weir. |

***Subtotals for Medications:***
***Annual costs: $936.20 - $1,317.65***

| ***SUMMARY OF COSTS:*** | Low | High |
|---|---|---|
| One-Time Only/Short-Term Costs: | $259,473.40 | $295,962.29 |
| Annual Costs: | $1,251.20 | $2,182.65 |

According to the National Vital Statistics Reports, the expectation of remaining life at age 66 for males is **16.3 years**. This life expectancy has been used to demonstrate the total future medical costs noted below. The total costs are based on current costs for services/items, assuming the annual costs are necessary through life expectancy. These costs have not been adjusted to include rate of inflation or discounted value.

| **Total Costs Summary:** | **Low** | **High** |
|---|---|---|
| Cervical Surgery & Associated Costs: | $167,687.28 | $174,452.13 |
| Shoulder Surgery & Associated Costs: | $73,438.12 | $92,947.16 |
| Future Medical Care, Routine: | $3,260.00 | $12,225.00 |
| Projected Evaluations: | $4,085.00 | $8,450.00 |
| Projected Therapeutic Modalities: | $5,400.00 | $11,250.00 |
| Labs/Diagnostics: | $10,737.50 | $10,737.50 |
| Medications: | $15,260.06 | $21,477.70 |
| **Total Costs:** | **$279,867.96** | **$331,539.49** |

Dr. Weir noted that Mr. Fucich will more probably than not continue to need left occipital nerve blocks with trigger-point injections ($958.00 to $1,158.00 each), up to two per year on average, until he proceeds with cervical interventional pain management treatment or cervical surgery. This will incur an **additional cost of $1,916.00 to $2,316.00 per year** until that time.

This life care plan was generated in accordance with the IARP and ICHCC standards. It represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This life care plan is a dynamic document and will be amended at any time, based on Mr. Fucich's changing needs and additional information.

Thank you for the opportunity to assist in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

Elizabeth Peralta, M.Ed., LRC, CRC, CLCP

**APPENDIX**

Cost information represents usual, customary, and reasonable (UCR) pricing exclusive of professional discounts or contracted, 'allowable' rates *(H-385.923, American Medical Association, 2013)*. **See Appendix below for cost information citations.*

**2 Level ACDF costs $153,353.61 from Louisiana Orthopedic Specialists—Dr. Lon Baronne: Includes MD and Assistant ($33,743.00), Facility ($65,215.61), Anesthesia ($10,150.00), Neuromonitoring ($9,000.00), Instrumentation ($23,941.00), and DME/Cold Therapy ($11,304.00); and $152,601.00 from Fairhealth—80th percentile—Geozip: 703 (705-706): Includes MD ($28,824.00), In-Patient Facility/Neuromonitoring/Equipment ($116,077.00), and Anesthesia ($7,700.00)—(CPT: 22551, 22552, 22845, 20936, 20937, 77002, 22853x2, 69990, DRG: 473, ASA: 00670)*

**CBC costs $37.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical Cost - (CPT Code: 85025).*

**CMP costs $78.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical Cost - (CPT Code: 80053).*

**PT/PTT costs $92.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical Cost - (CPT Codes: 85610, 85730).*

**Urinalysis costs $22.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical Cost - (CPT Code: 81001).*

**Chest X-Ray (2 views) costs $379.00 from Fair Health 80th percentile – GeoZip: 703 (705-706): Includes Outpatient Facility + Modifier – (CPT Code: 71046).*

**EKG costs $60.00-$145.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical - Outpatient Facility - (CPT Code: 93000).*

**Cervical MRI (without contrast) costs $4,660.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Outpatient Facility + Modifier - (CPT Code: 72141).*

**Spine Surgeon costs $770.00 for an initial visit and $200.00 for follow-up visits from Louisiana Orthopaedic Specialists (Dr. Lon Baronne); $750.00 for an initial visit and $256.00 for follow up visits from Orthopedic Care Center (Dr. David Wyatt); and $726.00 for an initial visit and $264.00 for follow up visits from Lafayette Bone and Joint Clinic (Dr. Jayme Trahan).*

**Cervical X-Ray (AP & Lateral, 2 views) costs $120.00-$460.00 from Fair Health - 80th percentile – GeoZip: 703 (705-706): Includes Outpatient Facility + Modifier – (CPT Code: 72040).*

**Cervical MRI without contrast costs $4,660.00; with contrast costs $4,922.00; and with and without contrast costs $6,769.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Outpatient Facility + Modifier - (CPT Codes: 72141, 72142, 72156)*

**Orthopedic Shoulder Surgeon costs $700.00 for an initial visit and $200.00 for follow-up visits from Louisiana Orthopaedic Specialists (Dr. Matthew Williams); $600.00 for an initial visit and $264.00 for follow-up visits from Lafayette Bone & Joint (Dr. Malcolm Stubbs); and $1,000.00 for an initial visit and $500.00 for follow-up visits from Orthopedic Reconstructive Subspecialist (Dr. Paul Fenn).*

**Physical Therapy costs $90.00 for the initial visit and $70.00 for follow-up visits from Iberia Sports & Rehabilitation; $75.00 for the initial visit and $100.00-$125.00 for follow-up visits from The Rehab Center of Iberia, and $75.00 for the initial visit and $60.00 for follow-up visits from Pure Physical Therapy*

**Norco 7.5/325mg (30 count, generic) cost $52.00 from CVS; $56.00 from Walgreens; and $23.00 from Albertsons*

**Tizanidine 4 mg (30 count, generic) costs $39.00 from Walgreens; $37.00 from CVS; and $26.00 from Albertsons.*

**Left Acromioclavicular Joint Resection, Decompression, Subscapularis Repair, and Biceps Tenodesis costs $69,823.92 from Louisiana Orthopedic Specialists—Dr. Mark Williams: Includes MD ($19,355.76), Facility – Park Place Surgical Center ($45,918.16), and Anesthesia ($4,550.00); and $84,874.00 from Fairhealth—80th percentile—Geozip: 703 (705-706): Includes Medical ($14,689.00), Inpatient Facility ($65,985.00), HCPCS ($1,500.00) and Anesthesia ($2,700.00)– CPT: 29828, 29827, 29824, 29826, DRG: 509, HCPCS: L3960, ASA: 01630*

**Norco 10/325mg (30 count, generic) cost $39.00 from CVS; $41.00 from Walgreens; and $36.00 from Albertsons*

**Neurologist costs $750.00 for an initial visit and $375.00 for follow up visit from Neurologic Specialty Consulting Services (Dr. David Weir); $200.00 for an initial visit and $100.00-$150.00 for follow up visits from Dr. Lugo Fabian; and $140.00 per visit at Our Lady of Lourdes Health (Dr. Thomas Privette).*

**Neuropsychological Evaluation costs $2,622.00 from Comprehensive Behavioral Health Center (Dr. Darren Strother); $1,855.00-$1,900.00 from Family Behavioral Health Center/Jefferson Neurobehavioral Group; and $4,000.00 from Dr. Lynn Aurich.*

**Testosterone Levels cost $169.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical- (CPT Codes: 84403)*

**Prolactin Levels cost $121.00 from Fair Health – 80th percentile – GeoZip: 703 (705-706): Includes Medical- (CPT Codes: 84146)*

**Brain MRI w/o contrast costs $3,984.00; Brain MRI w/ contrast costs $4,261.00; and Brain MRI w/&w/o contrast costs $5,844.00 from Fair Health 80th Percentile - GeoZip -703 [705-706]: Includes Outpatient Facility + Modifier – (CPT Code: 70551, 70552, 70553)*

**Shoulder MRI without contrast costs $4,589.00; w/ contrast costs $5,037.00; and w/ and w/o $5,587.00 from Fairhealth – 80th percentile – GeoZip 703 (705-706): Includes Outpatient Facility + Modifier – (CPT: 73221, 73222, 73223)*

**Gabapentin 600 mg (30 count, generic) costs $61.00 from Walgreens; $56.00 from CVS; and $34.00 from Walmart*

**Diclofenac 50 mg (30 count, generic) costs $28.00 from Walgreens; $24.00 from CVS; and $15.00 from Walmart.*

**Left Occipital Nerve Block with Trigger Point Injection costs $1,100.00 from Neurologic Specialty Consulting Services Office of Dr. David L. Weir; $733.00-$7,360.00 from Fair Health – 80th Percentile: Includes Medical ($733.00) and Moderate Sedation ($225.00-$425.00) – (CPT: 64405, 20552, 99152, 99153).*