**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**DAVID FUCICH ET AL** — **CASE NO. 6:20-CV-00978**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**GREAT DIVIDE INSURANCE CO ET AL** — **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**EXHIBIT LIST**
**(contains manual exhibits)**
**Jury Trial 10/7/24**

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| PL01 | The Great Divide Insurance Company Policy | 10/7/24 |
| PL02 | Esurance Property and Casualty Insurance Company Policy | 10/7/24 |
| PL03 | Art. 1006 Medical Summary | 10/7/24 |
| PL04 | Acadian Ambulance Medicals – Certified | 10/7/24 |
| PL05 | Lafayette General Medical Center Medicals – Certified | 10/7/24 |
| PL06 | Franklin Practice, LLC Medicals – Certified | 10/7/24 |
| PL07 | Dr. David Weir / Neurologic Specialty Consulting Medicals – Certified | 10/7/24 |
| PL08 | Dr. Michael Haydel Medicals – Certified | 10/7/24 |
| PL09 | Dr. Wayne Cestia / Acadiana Family Physicians Medicals – Certified | 10/7/24 |
| PL10 | Envision Imaging Medicals – Certified | 10/7/24 |
| PL11 | Dr. Michael Williams and Dr. Lon Baronne / La. Orthopaedic Specialists Medicals – Certified | 10/7/24 |
| PL11a | Dr. Lon Baronne / La. Orthopaedic Specialists – Cervical Surgery Operative Report dated 09.06.24 | 10/7/24 |
| PL11b | Dr. Michael Williams / La. Orthopaedic Specialists – Left Shoulder Surgery Operative Report dated 02.09.24 | 10/7/24 |
| PL 12 | La. Orthopaedic Specialists – Physical Therapy Medical - Certified | 10/7/24 |
| PL13 | Park Place Surgical Hospital Medicals – Certified | 10/7/24 |
| PL13a | Park Place Surgical Hospital Medicals – Cervical Surgery dated 09.06.24 | 10/7/24 |
| PL14 | Anesthesiology & Pain Consultants Medicals – Certified | 10/7/24 |
| PL14a | Anesthesiology & Pain Consultants Medicals – Cervical Surgery dated 09.06.24 | 10/7/24 |
| PL17 | 09.24.24 - Video Trial Deposition of Dr. Michael Haydel with accompanying exhibits** | 10/7/24 |
| PL18 | 09.24.24 - Video Trial Deposition of Dr. David Weir with accompanying exhibits** | 10/7/24 |
| PL19 | Property Damage photographs | 10/7/24 |
| PL20 | Jesus Figeroa statement | 10/7/24 |
| PL21 | Dr. Chad Website | 10/10/24 |