**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**DAVID FUCICH ET AL** — **CASE NO. 6:20-CV-00978**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**GREAT DIVIDE INSURANCE CO ET AL** — **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**EXHIBIT LIST**
**(contains manual exhibits)**
**Jury Trial 10/7/24**

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| D1 | Acadian Ambulance medical records (Bates Nos. 0001-0016) | 10/7/24 |
| D2 | Acadiana Family Physicians medical records (Bates Nos. 0001-0164) | 10/7/24 |
| D3 | Cardiology Specialists of Acadiana medical records (Bates Nos. 0001-0137) | 10/7/24 |
| D4 | CheckPoint Urgent Care medical records (Bates Nos. 0001-0017) | 10/7/24 |
| D5 | Dr. Andrew Clarke medical records (Bates Nos. 0001-0070) | 10/7/24 |
| D6 | ENT of Acadiana medical records (Bates Nos. 0001-0011) | 10/7/24 |
| D7 | Envision Imaging of Acadiana medical records (Bates Nos. 0001-0018) | 10/7/24 |
| D8 | Franklin Practice medical records (Bates Nos. 0001-0101) | 10/7/24 |
| D9 | Haydel Spine Pain Wellness medical records (Bates Nos. 0001-0012) | 10/7/24 |
| D10 | Iberia Medical Center medical records (Bates Nos. 0001-0081) | 10/7/24 |
| D11 | Lafayette General Medical Center medical records (Bates Nos. 0001-0009) | 10/7/24 |
| D12 | Louisiana Orthopaedic Specialists medical records (Bates Nos. 0001-0031) | 10/7/24 |
| D13 | Neurologic Specialty Consulting (Weir) medical records (Bates Nos. 00001-286) | 10/7/24 |
| D14 | Park Place Surgical medical records (Bates Nos. 0001-0012) | 10/7/24 |
| D15 | Southern Urology (Broussard) medical records (Bates Nos. 0001-0026) | 10/7/24 |
| D16 | SouthStar Urgent Care medical records (Bates Nos. 0001-0004) | 10/7/24 |
| D17 | Walgreens medical records (Bates Nos. 0001-0005) | 10/7/24 |
| D18 | Walmart Pharmacy medical records (Bates Nos. 0001-0014) | 10/7/24 |
| D19 | Esurance car estimate of Fucich's car dated 8/28/2019 (Bates No. 0001 – 0005) | 10/7/24 |
| D20 | Photographs (Bates No. 0001 – 0008) | 10/7/24 |
| D21 | Photographs (Bates No. 0001) | 10/7/24 |
| D22 | Photographs (Bates No. 0001 – 0002) | 10/7/24 |
| D23 | Surveillance video** | 10/7/24 |
| D25 | Surveillance video** | 10/7/24 |
| | | |