UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **DAVID FUCICH and ELLEN FUCICH** | * | CIVIL ACTION NO: 6:20-CV-00978 |
| Versus | * | JUDGE: ROBERT R. SUMMERHAYS |
| **GREAT DIVIDE INSURANCE COMPANY, ET AL** | * | MAGISTRATE: CAROL B. WHITEHURST |

# JUDGMENT

The above entitled and numbered matter came before the court for a jury trial commencing October 7, 2024, and concluding October 11, 2024.

**PRESENT IN COURT:**

DAVID LABORDE and ROBERT M. MARIONNEAUX, JR. for Plaintiffs, DAVID FUCICH and ELLEN FUCICH;

ALLYSON C. BYRD, ALLISON B. KINGSMILL, and ROBERT B. WORLEY, JR. for Defendants, VICTOR JESUS FIGUEROA, RPF EMERGENCY SERVICES, LLC, and THE GREAT DIVIDE INSURANCE COMPANY

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be final judgment rendered herein in favor of Plaintiffs, **DAVID FUCICH** and **ELLEN FUCICH**, against Defendants, **VICTOR JESUS FIGUEROA, RPF EMERGENCY SERVICES, LLC,** and **THE GREAT DIVIDE INSURANCE COMPANY**, in solido, in the total amount of **TWO HUNDRED SEVENTY THREE THOUSAND SIX HUNDRED SIXTY TWO DOLLARS ($273,662.00)**, plus court costs and legal interest from the date of judicial demand, itemized as follows:

A. **DAVID FUCICH** is awarded special damages in the amount of **ONE HUNDRED SEVENTY THOUSAND FOUR HUNDRED TWENTY-FIVE DOLLARS ($170,425.00)**;

B. **DAVID FUCICH** is awarded general damages in the amount of **NINETY THOUSAND SEVEN HUNDRED THIRTY-SEVEN DOLLARS ($90,737.00)**; and

C. **ELLEN FUCICH** is awarded general damages in the amount of **TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00)**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants, **VICTOR JESUS FIGUEROA, RPF EMERGENCY SERVICES, LLC**, and **THE GREAT DIVIDE INSURANCE COMPANY** have been determined to be 100% at fault.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that based on the apportionment of fault, Defendants shall be liable unto Plaintiffs, in solido, for 100% of all aforementioned damages, plus court costs and legal interest from the date of judicial demand.

**JUDGMENT RENDERED, AND SIGNED** at Lafayette, Louisiana this 23rd day of October, 2024.

HON. ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE